United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02089-MJC
Joann Capasso Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin 
Date Rcvd: Oct 30, 2026 Form ID: 318 Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joann Capasso, 169 William St, Pittston, PA 18640-2548 |
| 5820658 | | Comenity Bank/Victoria's Secret, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5820663 | | Lehigh Valley Health Network, 2100 Mack Blvd Fl 1, Allentown, PA 18103-5622 |
| 5820674 | + | U.S. Bank Trust N.A., 300 E Delaware Avenue, Wilmington, DE 19809-1515 |
| 5820675 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5820656 | | Email/PDF: bncnotices@becket-lee.com | Oct 30 2026 21:21:12 | American Express, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5820657 | | EDI: CAPITALONE.COM | Oct 31 2026 01:16:00 | Capital One Bank USA NA, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5820659 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 30 2026 21:11:00 | Comenity Capital Bank, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5820660 | | EDI: WFNNB.COM | Oct 31 2026 01:16:00 | Comenity Capital/Biglots Credit, PO Box 182120, Columbus, OH 43218-2120 |
| 5820661 | | EDI: DISCOVER | Oct 31 2026 01:16:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5820662 | + | Email/Text: EBN@edfinancial.com | Oct 30 2026 21:11:00 | ED Financial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 5820664 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 21:21:13 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5820665 | | EDI: CITICORP | Oct 31 2026 01:16:00 | Macys/Citibank N.A., PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5820666 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 30 2026 21:11:00 | Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5820667 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 30 2026 21:11:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5820669 | | EDI: PRA.COM | Oct 31 2026 01:16:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5820668 | ^ | MEBN | Oct 30 2026 21:06:52 | Patenaude & Felix, A.P.C, 2400 Ansys Dr Ste 402B, Canonsburg, PA 15317-0403 |
| 5820670 | ^ | MEBN | Oct 30 2026 21:06:52 | Scott & Associates, P.C., 41 Byberry Rd., Suite 9, Hatboro, PA 19040-3210 |
| 5820671 | | EDI: SYNC | Oct 31 2026 01:16:00 | Synchrony Bank, PO Box 530949, Atlanta, GA 30353-0949 |

| | | | | |
|---|---|---|---|---|
| 5820672 | + | EDI: SYNC | Oct 31 2026 01:16:00 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 5820673 | | EDI: WTRRNBANK.COM | Oct 31 2026 01:16:00 | TD Bank USA/Target Credit, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 5820676 | | Email/Text: edbknotices@ecmc.org | Oct 30 2026 21:11:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5820677 | | EDI: WFFC2 | Oct 31 2026 01:16:00 | Wells Fargo Card Services, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Joann Capasso usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| John J Martin | pa36@ecfcbis.com jmartin@martin-law.net;kmartin@martin-law.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

Debtor 1: Joann Capasso
First Name Middle Name Last Name

Social Security number or ITIN xxx–xx–1636
EIN _ _–_ _ _ _ _ _ _

Debtor 2 (Spouse, if filing): First Name Middle Name Last Name

Social Security number or ITIN _ _ _ _
EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court Middle District of Pennsylvania

Case number: 5:26–bk–02089–MJC

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joann Capasso

10/30/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**